RITER et al. v. SPUR HARDWARE CO.

(Court of Civil Appeals of Texas. Amarillo. May 4, 1912. Rehearing Denied June 8, 1912.)

Appeal from Dickens County Court; F. C. Gipson, Judge.

Action by the Spur Hardware Company against L. N. Riter and others. From a judgment of a county court, affirming a judgment of a justice in favor of the plaintiff, defendants appeal. Affirmed.

Glasgow & Maynard, of Spur, for appellants. B. G. Worswick, of Dickens, for appellee.

GRAHAM, C. J. This cause originated in justice court of Dickens county by appellee suing appellants. From a judgment rendered in the justice court in favor of appellees and against appellants, they appealed to the county court of Dickens county, where judgment was again rendered in favor of appellee and against appellants, and from which last judgment the defendants below, appellants in this court, bring the case on an appeal cost bond to this court for revision.

We have carefully examined the record, in connection with appellants' assignments of error found in their brief, and, being of the opinion that no reversible error is pointed out under said assignments, they will each be overruled, and the judgment of the trial court will in all things be affirmed; and it is so ordered.

---

SLAUGHTER et al. v. MEXICAN LAND & COLONIZATION CO.

(Court of Civil Appeals of Texas. Amarillo. May 18, 1912. Rehearing Denied June 29, 1912.)

Appeal from Dallam County Court; C. S. Harrington, Judge.

Action by the Mexican Land & Colonization Company against W. B. Slaughter and others. Judgment for plaintiff, and defendants appeal. Affirmed.

Moore & Powell, of Dalhart, for appellants. W. B. Chauncey, of Dalhart, for appellee.

PRESLER, J. This is a suit by appellee to recover on a claim against appellants for royalty on certain wood, alleged to have been furnished appellants and cut from appellee's land at Alamo, Lower California, republic of Mexico, and for certain messages sent and received by appellants over appellee's telephone and telegraph lines, situated in the same locality. Appellee recovered a verdict and judgment in the trial court for the amount of its claim, and appellants appeal, and here assign numerous errors, all of which having been duly considered, we are of the opinion that no reversible error is presented under any or either of them; and, being further of the opinion that the charge of the court fairly presents the law of the case under the pleadings and the evidence, and that the verdict and judgment rendered is warranted under the law and the evidence, we conclude that the judgment appealed from should be affirmed.

Affirmed.